## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover          Date: September 26, 2011
Court Reporter:    Paul Zuckerman
Probation Officer: Gary Kruck
Interpreter:       Ruth Warner

Criminal Action No. 11-cr-00142-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Dondi Osborne (by video conference)

       Plaintiff,

v.

PEDRO CANDIA-CHACON,                        Brian Leedy

       Defendant.

___

## SENTENCING MINUTES
___

**1:44 p.m.**     **Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on May 17, 2011 . Defendant pled guilty to 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #25).** Argument.

Allocution. - Statements made by: The Government, the defendant.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** Defendant's Motion for Below-Guideline Statutory or "Variant" Sentence (**Doc. #25**) is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**2:31 p.m.      Court in recess.**

Total Time:   47 minutes.
Hearing concluded.